■ The People of the State of New York, Respondent, v Edward Smith, Appellant.—Judgment, Supreme Court, New York County (Frederick Marshall, J.), rendered on January 17, 1986, unanimously affirmed. Motion by appellant for leave to submit certain exhibits denied. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Carro and Ellerin, JJ.

■ The People of the State of New York, Respondent, v Paul Satterfield, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on January 26, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.

■ The People of the State of New York, Respondent, v Champ Reaves, Appellant.—Judgment, Supreme Court, Bronx County (Martin Klein, J.), rendered on March 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Motion by defendant-appellant for leave to serve and file a *pro se* supplemental brief is denied. Concur—Kupferman, J. P., Asch, Fein, Milonas and Rosenberger, JJ.